

**FILED**

OCT 3 1 2006

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE THE APPLICATION OF )
)
DENISE FINK, )
    Petitioner, ) Civil Action No. 3:06-CV-807-JPG
)
and )
)
HAROLD LAVERN WALKER, )
    Respondent. )

## ORDER DIRECTING RETURN OF MINOR

The Convention on the Civil Aspects of International Child Abduction, done at The Hague on 25 Oct 1980 Article 7(b) International Child Abduction Remedies Act, 42 U.S.C. §11604

    This matter comes before the Court this 31st day of October, 2006 for hearing on the Petition for Return. Petitioner appears by counsel, Christopher J. Schmidt; Respondent appearing by *Neal A. Conway* Being duly advised, the Court orders:

    1.    This Order Directing Return concerns the following Child under the age of sixteen, to wit:

        a.    ARON JAMES FINK a/k/a Aron Walker, born on the 10th day of August, 2001 (aged 5 years) in the City of Giessen, Germany

    2.    THE COURT ORDERS, pursuant to the provisions of The Convention on the Civil Aspects of International Child Abduction, done at the Hague on *25 Oct 1980* ("*The Convention*") and/or the International Child Abduction Remedies Act, 42 U.S.C. §11601 et seq., that the minor children, ARON JAMES FINK, born on the 10th day of August, 2001, be returned to the company of the child's mother, DENISE FINK, to Germany, and that such delivery be reported to the appropriate Central Authority.

3. By virtue of this Order, DENISE FINK, passport number 423476010, has the exclusive right to the physical and legal custody of the aforementioned Child during the period of time required to return the above-named minor child to Germany, which is the country of the children's habitual residence.

4. This Order is not a determination of the merits of any custody issues within the meaning of Article 19 of the Convention.

5. The Order of this Court is made under the authority of 42 U.S.C. §11603(a), which confers original and concurrent jurisdiction on state and federal district courts of the United States.

**THEREFORE, TO ANY PEACE OFFICER IN THE STATE OF ILLINOIS, IN ANY OTHER STATE OF THE UNITED STATES OF AMERICA AND TO ANY FEDERAL OFFICER:**

*You are hereby commanded* to enforce the instant order allowing PETITIONER, DENISE FINK, to remove the minor child, ARON JAMES FINK, from the United States of America, and to allow PETITIONER to accompany the child to the sovereign nation of Germany giving said PETITIONER the right to have said child in his lawful custody for the purposes described herein, without interference.

This Order is effective the date below written, and shall continue in force and effect until modified or cancelled by a court of competent jurisdiction in the sovereign nation of Germany.

Dated: Oct 31, 2006

_____
United States District Judge